### Mrs. R. A. Hardeman v. The State.

No. 7999.    Decided January 2, 1924.

**Keeping and Knowingly Permitting Bawdy House—Practice on Appeal.**

In the absence of a statement of facts or bills of exception, requested charges will not be considered on appeal, and the complaint sufficiently charging a violation of the law the judgment below is affirmed.

Appeal from the County Court of Tarrant. Tried below before the Honorable P. W. Seward.

Appeal from a conviction of keeping and knowingly permitting bawdy house; penalty $200 and twenty days confinement in the county jail.

Opinion states the case.

No brief on file for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the County Court at Law of Tarrant County of running a bawdy house, and her punishment fixed at a fine of $200 and twenty days in jail.

The record is devoid of statement of facts or bills of exception. A number of special charges were asked but in the absence of the facts given in testimony we are unable to determine the question of any error involved in their refusal. The complaint sufficiently charges a violation of the law. No error appearing, an affirmance will be ordered.

*Affirmed.*